USDC SCAN INDEX SHEET









LLS    5/17/99    12:57
3:99-CV-00788    EGL 1 INC V. PORSCHE CARS NORTH
*17*
*DOCWD.*

Lawrence J. Kouns, State Bar No. 095417
Julie A. Vogelzang, State Bar No. 174411
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3391
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Gregory D. Phillips, Utah State Bar No. 4645
Howard, Phillips & Anderson
560 E. 200 South, Suite 230
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706

Attorneys for Defendants and Counter Claimants
PORSCHE CARS NORTH AMERICA, INC. and PORSCHE AG

FILED
99 MAY 14 PM 4: 26

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGL 1, INC. D.B.A. EAGLE ONE ENTERPRISES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DR. ING h.c.F. PORSCHE AG, a German corporation,<br><br>Defendants.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DR. ING h.c.F. PORSCHE AG, a German corporation,<br><br>Counter Plaintiffs,<br><br>v.<br><br>EGL 1, INC. D.B.A. EAGLE ONE ENTERPRISES, a California corporation,<br><br>Counter Defendant. | Case No.: 99 CV 0788 JM (LSP)<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |

ORIGINAL 99CV0788

Defendants and Counter Plaintiffs Porsche Cars North America, Inc. ("Porsche Cars N.A.") and Dr. Ing. h.c.F. Porsche AG ("Porsche AG") hereby withdraws their Motion for Preliminary Injunction currently scheduled to be heard on Monday, May 24, 1999 at 10:30 a.m.

Defendants and Counterclaimants withdraw this motion on the grounds that the parties have settled this matter in the entirety. Additional documentation regarding settlement and dismissal will be filed promptly once those documents are in order.

Dated: May 14, 1999        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: *Julie A. Vogelzang*
Lawrence J. Kouns
Julie A. Vogelzang

Gregory D. Phillips (USBN 4645)
HOWARD, PHILLIPS & ANDERSON
560 E. 200 South, Suite 230
Salt Lake City, Utah 84102
Telephone: 801-366-7471
Facsimile: 801-366-7706

Attorneys for Defendants and Counter Plaintiffs
PORSCHE CARS NORTH AMERICA, INC. and
PORSCHE AG

Lawrence J. Kouns, State Bar No. 095417
Julie A. Vogelzang, State Bar No. 174411
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3391
Telephone: (619) 236-1414
Facsimile: (619) 232-8311

Gregory D. Phillips, Utah State Bar No. 4645
Howard, Phillips & Anderson
560 E. 200 South, Suite 230
Salt Lake City, Utah 84102
Telephone: (801) 366-7471
Facsimile: (801) 366-7706

Attorneys for Defendants and Counter Claimants
PORSCHE CARS NORTH AMERICA, INC. and PORSCHE AG

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EGL 1, INC. D.B.A. EAGLE ONE ENTERPRISES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DR. ING h.c.F. PORSCHE AG, a German Corporation,<br><br>Defendants. | Case No.: 99 CV 0788 JM (LSP)<br><br>**PROOF OF SERVICE BY MAIL** |
| PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DR. ING h.c.F. PORSCHE AG, a German corporation,<br><br>Counter Plaintiffs,<br><br>v.<br><br>EGL 1, INC. D.B.A. EAGLE ONE ENTERPRISES, a California corporation,<br><br>Counter Defendant. | |

ORIGINAL 99CV0788

I, Carol A. Beam, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP. My business address is 600 West Broadway, Suite 2600, San Diego, California 92101. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing.

On May 14, 1999, I served the following documents, bearing the titles:

1.  **Notice of Withdrawal of Motion For Preliminary Injunction.**

on the interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Vern Schooley, Esq.
Russell Pangborn, Esq.
Fulwider, Patton, Lee & Utecht, LLP
200 Oceangate, Suite 1550
Long Beach, California 90802

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection and mailing on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I delivered such documents by hand to the office of the addressee.

[ ]  (BY FACSIMILE) By sending a copy by electronic transmission (facsimile machine) to each person/number named above.

[ ]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) By placing such documents in a separate envelope, postage prepaid, for collection and mailing to the office of the addressee to be mailed on this date following ordinary business practices.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 14, 1999 at San Diego, California.

*Carol Beam*
Carol A. Beam

1  Lawrence J. Kouns, State Bar No. 095417
   Julie A. Vogelzang, State Bar No. 174411
2  Luce, Forward, Hamilton & Scripps LLP
   600 West Broadway, Suite 2600
3  San Diego, California 92101-3391
   Telephone: (619) 236-1414
4  Facsimile: (619) 232-8311

5  Gregory D. Phillips, Utah State Bar No. 4645
   Howard, Phillips & Anderson
6  560 E. 200 South, Suite 230
   Salt Lake City, Utah 84102
7  Telephone: (801) 366-7471
   Facsimile: (801) 366-7706
8
   Attorneys for Defendants and Counter Claimants
9  PORSCHE CARS NORTH AMERICA, INC. and PORSCHE AG

10

11                    UNITED STATES DISTRICT COURT

12                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  EGL 1, INC. D.B.A. EAGLE ONE ENTERPRISES, a California corporation, | ) Case No.: 99 CV 0788 JM (LSP) |
| 15 | ) **PROOF OF PERSONAL SERVICE** |
|     Plaintiff, | ) |
| 16 | ) |
|     v. | ) |
| 17 | ) |
|     PORSCHE CARS NORTH AMERICA, INC., a | ) |
| 18  Delaware corporation, and DR. ING h.c.F. | ) |
|     PORSCHE AG, a German Corporation, | ) |
| 19 | ) |
|     Defendants. | ) |
| 20 | ) |
|     PORSCHE CARS NORTH AMERICA, INC., a | ) |
| 21  Delaware corporation, and DR. ING h.c.F. | ) |
| 22  PORSCHE AG, a German corporation, | ) |
|     Counter Plaintiffs, | ) |
| 23 | ) |
|     v. | ) |
| 24 | ) |
|     EGL 1, INC. D.B.A. EAGLE ONE | ) |
| 25  ENTERPRISES, a California corporation, | ) |
| 26 | ) |
|     Counter Defendant. | ) |
| 27 | ) |

28

ORIGINAL 99CV0788

| | |
|---|---|
| 1 | I, _____, declare as follows: |
| 2 | I am employed in San Diego County. My business address is CalExpress, 1302 Kettner Blvd., |
| 3 | San Diego, California 92101. I am over the age of 18 years and am not a party to this cause. |
| 4 | On May 14, 1999, I served the following documents, bearing the titles |
| 5 | 1. **Notice of Withdrawal of Motion For Preliminary Injunction.** |
| 6 | on the interested parties in this action as follows: |
| 7 | [ ] by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list. |
| 8 | |
| 9 | [X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows: |

Daniel G. Lamb, Esq.
Brian D. Martin, Esq.
Brobeck Phleger & Harrison, LLP
550 West "C" Street, Suite 1300
San Diego, California 92101-3532

[ ] (BY **MAIL SERVICE**) I placed such envelopes for collection and to be mailed on this date following ordinary business practices.

[X] (BY **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

[ ] (BY **FACSIMILE**) I transmitted to the fax number listed above before 5:00 p.m.

[ ] (BY **FEDERAL EXPRESS - NEXT DAY DELIVERY**) I placed such envelopes for collection and mailing by overnight mail on this date following ordinary business practices.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 14, 1999 at San Diego, California.

_____

1392373.1

2

99CV0788